Interlochen v. Interlocken          CV-02-443-JD   12/03/03
                    UNITED STATES DISTRICT COURT FOR THE
                          DISTRICT OF NEW HAMPSHIRE


Interlochen Center
for the Arts

        v.                              Civil No. 02-443-JD
                                        Opinion No. 2003 DNH 207
Interlocken International
Camp, Inc., et al.


                          PROCEDURAL ORDER


        The court has on this date entered a consent judgment which

will conclude this matter in accordance with a confidential

settlement agreement entered into by the parties.

        The parties and their counsel are to be commended for their

efforts in arriving at a nontrial disposition of this case.

        In addition, the court takes note of and commends the

efforts of David Plant, Esquire, the mediator in this case, under

whose auspices the parties were able to reach an agreement after

several weeks of difficult negotiations.

        SO ORDERED.


                                    _____
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge


December 3, 2003
cc:  Michael R. Callahan, Esquire
     Howard L. Kastel, Esquire
     Daniel Laurence Kegan, Esquire
     Daniel P. Luker, Esquire
     Alexander J. Walker, Esquire
     David Plant, Esquire